**Randy Richard BROOKS,
Plaintiff–Appellant,**

v.

**Dr. WATERS; Martha Blanco; Lewis
Brescoach Pac; Sis R. Trybus, Lieu-
tenant; Christine Shaffer; Susan
McClintock, Defendants–Appellees.**

No. 08–6496.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 22, 2008.

Decided: July 25, 2008.

Randy Richard Brooks, Appellant Pro
Se. Helen Campbell Altmeyer, Assistant
United States Attorney, Wheeling, West
Virginia, for Appellees.

Before WILKINSON, MOTZ, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Randy Richard Brooks appeals the dis-
trict court's order accepting the recom-
mendation of the magistrate judge and
denying relief on his complaint filed pursu-
ant to *Bivens v. Six Unknown Named
Agents of Fed. Bureau of Narcotics,* 403
U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619
(1971). We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *Brooks v. Waters,* No. 2:06–
cv–00084–REM–JSK, 2008 WL 687529
(N.D.W.Va. Mar. 12, 2008). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*